# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | ) ) ) | CASE NO. 1:19-mc-0102 |
| ANNA MARIA PELLESCHI and BRIGITTE PELLESCHI, | ) ) ) ) | JUDGE SARA LIOI |
| MOVANTS. | ) ) | **ORDER** |

Before the Court is an *ex parte* application for discovery pursuant to 28 U.S.C. § 1782. Movants are seeking judicial assistance in obtaining evidence for use in aid of post-judgment execution in a foreign proceeding in Italy captioned *Renato Pelleschi v. Francesco Pocci and Anna Pocci*, Case No. RG 3787/2013. The movants, however, have not supplied a copy of the judgment, which this Court will now require.

Movants are directed to file a supplement to their application, providing this Court with a copy of the original judgment, along with its English translation.

**IT IS SO ORDERED**.

Dated: August 7, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**